IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION


DERIL L. NASH                                                    PLAINTIFF


        v.                          Civil No. 05-5023


SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
SGT. CLIFFORD; DR. NEIL
MULLINS; NURSE SUE McDONALD;
FORMER DEPUTY FABIAN RUTHERFORD;
and FORMER DEPUTY JAMES CRABTREE                                 DEFENDANTS


                              **O R D E R**

        On December 27, 2005, defendants filed a summary judgment motion (Doc. 29). To

assist plaintiff in responding to the summary judgment motion, the undersigned is propounding

a questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a

report and recommendation on the summary judgment motion.

        For this reason, Deril Nash is hereby directed to complete, sign, and return the attached

response to defendants' summary judgment motion on or before **March 7, 2006. Plaintiff's**

**failure to respond within the required period of time may subject this matter to dismissal**

**for failure to comply with a court order.**

        IT IS SO ORDERED this 9th day of February 2006.


                                        /s/ Beverly Stites Jones
                                        UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DERIL L. NASH                                                              PLAINTIFF

        v.                          Civil No. 05-5023

SHERIFF KEITH FERGUSON;
CAPTAIN HUNTER PETRAY;
SGT. CLIFFORD; DR. NEIL
MULLINS; NURSE SUE McDONALD;
FORMER DEPUTY FABIAN RUTHERFORD;
and FORMER DEPUTY JAMES CRABTREE                          DEFENDANTS

**RESPONSE TO SUMMARY JUDGMENT MOTION**

TO:  DERIL L. NASH

        These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **March 7, 2006.**

        1. You were arrested and booked into the Benton County Detention Center (BCDC)

on February 14, 2002, on charges of sexual assault, rape, the use of a child in sexual

performances, pandering, and media charges.

        Agree_____ Disagree_____Without knowledge to agree or disagree_____.

        If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at pages

15 & 16.

_____

_____

_____

_____

2. Were you incarcerated at the BCDC solely because of the pending criminal charges?

Answer:  Yes _____ No _____.

If you answered no, please state whether you were serving a sentence or your probation, parole, or supervised release had been revoked.

_____

_____

_____

_____

3.  You remained incarcerated at the BCDC until transported to the Arkansas Department of Correction (ADC) on June 15, 2004.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1 at page 60.

_____

_____

_____

_____

4.  Please provide the date you plead guilty or found guilty of the criminal offenses.

Answer:

_____

_____

_____

_____

    5.  On July 26, 2002, you asked to go to the law library to look up one of the law

books.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 9.

_____

_____

_____

_____

    6.  You were allowed access to the law library on July 31, 2002, from 1615 (4:15

p.m.) until 1947 (7:47 p.m.).

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 9.

_____

_____

_____

_____

    7.  On August 27, 2002, you asked to go to the law library.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

10.

_____

_____

_____

_____

8. You wanted to take all books into the cell. Several of the books were copies and you were told to take the books you needed. You refused.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 10.

_____

_____

_____

_____

9. On August 29, 2002, you requested access to the law library. You stated you wanted access to all the books not just one at a time.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page 12.

_____

_____

_____

_____

10. In response, you were told you did not need to take every single book in because some are copies.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 12.

_____

_____

_____

_____

11.  On August 30, 2002, you submitted a grievance stating you started taking all books that were not copies and got chewed out over it.  You were told to take one each and refused.  So you were denied access to the law library until you could treat it with respect.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 13.

_____

_____

_____

_____

12 (A).  On August 8, 2002, you submitted a medical request stating that you had been waking up with blood in your mouth for the past three days and spitting up blood all day long.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 2.

_____

_____

_____

_____

     (B).  This is the first medical request you submitted about bleeding in your mouth or gums.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 2.

_____

_____

_____

_____

     (C).  In response, you were told you would be seen by the nurse.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 2.

_____

_____

_____

_____

     (D).  You were seen by the nurse on August 9, 2002.  She told you to massage your gums and said you had periodontal disease.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

     13(A).  On August 9, 2002, you submitted a grievance stating that you were bleeding

in the mouth and when you saw the nurse she said you had gum disease and the nurse said

there was nothing they could do for you.  You asked for a second opinion.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

15.

_____

_____

_____

_____

     (B).  In response, you were told that the doctor makes all medical decision.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

15.

_____

_____

_____

_____

_____

     (C).  On August 13, 2002, you refused to see the nurse.

     Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

14(A).   On August 23, 2002, you submitted a medical request about your bleeding gums.  You stated your gums had been bleeding day and night for the past three weeks.  You stated you wanted to see the doctor-- not the nurse-- about the problem.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 3.

_____

_____

_____

_____

_____

(B).   In response, Nurse McDonald told you that you had neglected your teeth and had periodontal disease.  She states the gums will always bleed until your teeth fell out.  She told you to massage your gums and that was all they could do for you.  She stated total neglect caused this over a period of years.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 3.

_____

_____

_____

_____

_____

     (C).  Did you see the nurse or doctor in response to your August 23rd medical request?

     Answer:  Yes _____ No _____.

     If you answered yes, please state:  (a) who you saw; (b) when you saw him or her; and (c) what treatment you received.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     15(A).  You were seen by Dr. Mullins on January 8, 2003.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

(B).  Was this visit in response to your grievance dated January 6, 2003, that was

forwarded to the medical staff?

Answer:  Yes _____ No _____.

If you answered no, please state why you were seen by the doctor.

_____

_____

_____

_____

(C).  What treatment did you receive from Dr. Mullins?

Answer:

_____

_____

_____

_____

(D).  You did not submit another medical request regarding your gums until February

19, 2003.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 6.

_____

_____

_____

_____

(E).  In response, you were seen by Nurse McDonald on February 21, 2003.  She

prescribed salt water gargles, twice a day, for four days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 1.

_____

_____

_____

_____

16.   Prior to your incarceration, had you ever had problems with your gums bleeding?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) when you had problems; (b) what type of

problems you had; and (c) whether you sought medical or dental treatment as a result of these

problems.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

17. On December 29, 2002, you submitted a grievance about your broken glasses.

You stated the guards took your glasses at booking and told you that you would not get them

back until you were released. You indicate another guard told an inmate that your glasses

were broken. You stated you wanted to know what could be done to replace your

prescription glasses.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2 at page

17.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

18. In response, you were told that your glasses had fishing string on them. You

were told this was not allowed in the cells so your glasses were put in your property.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 2 at page

17.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

19.   Are your glasses for reading, or for distance, or for both?

Answer:

_____

_____

_____

_____

_____

_____

_____

20.   Did your glasses have fishing string or any type of string on them?

Answer:  Yes _____ No _____.

If you answered yes, please state why your glasses had string on them.

_____

_____

_____

_____

If you answered no, please explain what the guards were referring to as string.

_____

_____

_____

_____

_____

_____

_____

_____

_____

21.  Please state:  (a) the date your glasses were taken from you; (b) who took your

glasses;(c) why the glasses were taken from you; (d) how your glasses got broken; and (e)

whether you were able to go about your activities of daily living without your glasses.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

22.  On December 29, 2002, you submitted a grievance about being abused by guards. You indicate the whole pod was told to line up on the top tier for chow.  You state you refused to go without a good reason for it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 18.

_____

_____

_____

_____

_____

_____

_____

23.  You indicate the guards did not give a good reason for the inmates having to line up on the top tier.  You state you were told to toss out your mat and blanket and you complied.  You then asked for a grievance and asked to see the captain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 18.

_____

_____

_____

_____

_____

_____

_____

_____

24(A).  You kept pushing the call button in your cell asking to see the captain.  You state you were pushed and shoved all the way to booking.  You also indicate your glasses were taken from you and you were told you could not get them until you were released.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

18.

_____

_____

_____

_____

_____

_____

_____

_____

(B).  Please state:  (a) who was involved in using physical force against you; (b) the amount of physical force used; (c) whether you were resisting or struggling; and (d) whether you received any injuries as a result of the use of force.  If you received injuries, please describe in detail those injuries, whether you sought, or received, medical care as a result of the injuries, and how long it took you to recover from the injuries.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

25.  In response to your grievance, you were told that inmates were not abused at the facility.  You were told all inmates would obey the deputies' orders and follow jail rules.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 18.

_____

_____

_____

_____

26.  On December 30, 2002, you submitted a grievance regarding medical problems. You indicated you had asked the nurse for an appointment with the doctor and the nurse had admitted that your condition and ongoing symptoms were beyond her expertise.  You asked

that the doctor be allowed to examine you and determine if your condition could be cured or assisted.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 2 at page 19.

_____

_____

_____

_____

_____

_____

_____

_____

27.  In response, you were told you had seen the jail medical staff and they made all medical decisions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 19.

_____

_____

_____

_____

_____

_____

_____

_____

28.  On January 6, 2003, you submitted a grievance about bleeding gums and foot fungus.  You indicated you had asked to be seen by the doctor.  You stated you had been told that the nurse said there was nothing that she could do for you except massage your gums and that your teeth would eventually fall out.  You stated your mouth had been bleeding for over eight months and you wanted to see a doctor for a second opinion on your gums and foot problem.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 20.

_____

_____

_____

_____

_____

_____

_____

_____

29.  In response, you were told your request would be forwarded to the medical staff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

20.

_____

_____

_____

_____

_____

_____

_____

_____

30.  On February 19, 2003, you submitted a medical request about your bleeding

gums.  You indicated you needed a salt water rinse to help stop your gums from bleeding.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 6.

_____

_____

_____

_____

_____

31.  In response, you were told you would be seen by the nurse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 6.

_____

_____

_____

_____

_____

32. On April 2, 2003, you submitted a medical request in which you stated your gums and teeth were bleeding badly again and you wanted to see the nurse about getting a hot salt water rinse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 3 at page 9.

_____

_____

_____

_____

_____

33. You were seen by Nurse McDonald on April 4, 2003, and prescribed salt water gargles, twice a day, for five days, and Aspirin.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 3 at page 9 and exhibit 3(b) at page 1.

_____

_____

_____

_____

_____

34.   On April 6, 2003, you submitted another medical request to see the nurse.  You stated that you were receiving a cold salt water rinse and it was not doing any good.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 10.

_____

_____

_____

_____

_____

35.   In response, you were told that it would be changed to a hot water rinse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 10.

_____

_____

_____

_____

_____

36.  Did you receive a hot salt water rinse after this?

Answer:  Yes _____ No _____.

If you answered no, please explain.

_____

_____

_____

_____

_____

37.  On April 14, 2003, you submitted a medical request stating that you needed to see the doctor to have your eyes checked so it could be verified that you needed glasses.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 12.

_____

_____

_____

_____

_____

38.  In response, you were seen by the nurse on April 15, 2003.  She prescribed salt water gargles.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 12 and defendants' exhibit 3(b) at page 1.

_____

_____

_____

_____

39(A).  On April 18, 2003, you requested a stronger salt water rinse.  You asked that ten packets of salt be used instead of five.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 13.

_____

_____

_____

_____

_____

(B).  In response, the nurse okayed the use of eight packets of salt in each rinse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 13.

_____

_____

_____

_____

_____

40.  On April 22, 2003, you submitted another medical request regarding your bleeding gums.  You stated you needed hot water salt rinses.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 3 at page 14.

_____

_____

_____

_____

_____

41(A). On April 24, 2003, Nurse McDonald saw you and noted that you had a loose tooth. She prescribed salt water gargles, twice a day, for four days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 3(b) at page 1.

_____

_____

_____

_____

(B). On April 28, 2003, you were seen by Dr. Mullins. He noted you had a loose tooth and put you on an antibiotic and Ibuprofen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 3(b) at page 3.

_____

_____

_____

_____

(C).  Did you have your loose tooth pulled?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) when you had the tooth pulled; (b) who pulled

the tooth; and (c) whether you received any other treatment at the same time.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

   42.  On May 25, 2003, you submitted a grievance stating that you had bad eyes and

needed new glasses.  You stated the nurse had told you that the medical staff did not make

decisions concerning eye glasses and that you needed to have an eye examination set up and

you would be transported there.  You indicated your pastor had been trying to get it okayed

by Captain Petray and he kept refusing to allow it.  You wanted to know why Captain Petray

was not allowing the examination.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

31.

_____

_____

_____

_____

43.  In response, Captain Petray told you that chaplains were not allowed to get

personally involved with inmates.  You were told the chaplains come in to preach the word

and that is it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

31.

_____

_____

_____

_____

44.  On May 27, 2003, Major Drake also responded to your grievance.  He stated that

you came into the jail with your glasses broken and tied together with fishing line.  He

indicated the fishing line was removed for the safety and security of the jail.  Major Drake

stated he understood a new pair had been brought in for you and that you were now wearing

those glasses.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 32.

_____

_____

_____

_____

45.  On May 28, 2003, you submitted a medical request asking what happened to your hot salt water rinses and the pain medication the nurse had said you would get for your bleeding gums and right shoulder pain.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 16.

_____

_____

_____

_____

46.  In response, the nurse wrote that she gave you salt water rinses.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 16.

_____

_____

_____

_____

47. On May 26, 2003, you submitted a medical request stating that your mouth was

bleeding badly and you needed the dentist to pull your teeth and get dentures.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 3 at page

17.

_____

_____

_____

_____

48(A). You were seen by the nurse on May 27th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 3(b) at page

3.

_____

_____

_____

_____

(B). She noted you wanted your teeth pulled and a complete set of dentures. She

stated your teeth were rotten and had been in that condition for years. She indicated you had

periodontal disease.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3(b) at page 3.

_____

_____

_____

_____

49.  On May 30, 2003, you submitted another medical request indicating that you had gotten the hot salt water rinses for your bleeding gums.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 18.

_____

_____

_____

_____

50.  On June 22, 2003, you submitted a medical request in which you stated, among other things, that your mouth was still bleeding badly.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 19.

_____

_____

_____

_____

51.  In response, you were told you would be seen by the doctor on Wednesday.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page

19.

_____

_____

_____

_____

52.  On July 28, 2003, you submitted a medical request in which you stated, among

other things, that you needed to see a dentist over a bad tooth and bleeding gums.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page

21.

_____

_____

_____

_____

53(A).  You were seen by the nurse that same day.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page

22.

_____

_____

_____

_____

(B).  State what treatment you received.

Answer:

_____

_____

_____

_____

54.  On July 29, 2003, you submitted a medical request in which you stated, among other things, that your mouth was still bleeding and had been bleeding for over a year.  You stated you needed to see a dentist and have something done about your bleeding mouth.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 22.

_____

_____

_____

_____

55(A).  In response, you were told you would be seen by the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 22.

_____

_____

_____

_____

(B).  Were you seen by the doctor?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) when you saw the doctor; and (b) what

treatment you received.

_____

_____

_____

_____

_____

_____

_____

_____

56.  On July 31, 2003, you submitted a medical request in which you stated, among

other things, that you needed something for your bleeding gums.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page

24.

_____

_____

_____

_____

57(A).  You were seen that same day by Dr. Mullins.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page

32.

_____

_____

_____

_____

(B).  Please state what medical treatment you received from Dr. Mullins.

Answer:

_____

_____

_____

_____

58.  On August 1, 2003, you submitted a medical request in which you stated, among

other things, that your mouth had been bleeding badly for the past year and a half.  You asked

when something would be done for it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page

25.

_____

_____

_____

_____

59(A).  In response, you were told that you would be seen by the nurse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page

25.

_____

_____

_____

_____

(B).  Please state whether you were seen by the nurse and what treatment you

received.

Answer:

_____

_____

_____

_____

60.  On August 15, 2003, you submitted a medical request, in which you stated,

among other things, that your gums were bleeding.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page

27.

_____

_____

_____

_____

61(A).  In response, you were seen by the nurse.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page

27.

_____

_____

_____

_____

(B).  Please state what treatment you received from the nurse.

Answer:

_____

_____

_____

_____

62.  On August 15, 2003, you submitted a medical request asking for a soft food tray.

You stated that you had a gum disease that made your mouth bleed.  When you tried to eat

carrots, celery, or chips, you stated your mouth bleed very badly.  Due to your dental

problems, you asked to be put on a soft tray.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 28.

_____

_____

_____

_____

63.  In response, you were seen by the nurse on August 19th and put on a soft diet.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 28 and defendants' exhibit 3(b) at page 2.

_____

_____

_____

_____

64.  On August 25, 2003, you submitted a medical request.  You stated you were being fed mainly nothing but peanut butter sandwiches two to three times a day.  You stated that was not a healthy diet.  You asked to be given more nutritional food or put back on normal food.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 30.

_____

_____

_____

_____

65.  In response, the nurse put you back on a normal diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page

30.

_____

_____

_____

_____

66(A).  On November 11, 2003, you asked to see a letter or article that was in your

property.  You were told you could have access to the item when the property deputy was not

busy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(B).  On November 13, 2003, you submitted a medical request in which you stated

you had a tooth that was bothering you and needed to be pulled.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page

32.

_____

_____

_____

_____

67.  On November 14, 2003, you were seen by the nurse who prescribed

Acetaminophen tablets, twice a day, for ten days, and she indicated she would set up an

appointment for you to be seen by a dentist.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3(b) at page

2.

_____

_____

_____

_____

68.  On November 19, 2003, Nurse McDonald made an appointment for you with the

dentist for December 12, 2003, at 10:30 a.m.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3(b) at page

2.

_____

_____

_____

69(A).  You were seen by the dentist on December 12, 2003.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3(b) at page 2.

_____

_____

_____

_____

(B).  Please state what treatment you received from the dentist.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

70.  On December 15, 2003, you were seen by Nurse McDonald and prescribed Ibuprofen and salt water gargles.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3(b) at page

2.

_____

_____

_____

_____

71(A).  You received all medication prescribed by medical personnel.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to the medication logs contained

in defendants' exhibit 3(b).

_____

_____

_____

_____

(B).  You received all treatment Dr. Mullins and Nurse McDonald ordered.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

(C).  Please explain in detail how you believe Nurse McDonald exhibited deliberate

indifference to your serious medical needs.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(D).  Please explain in detail how you believe Dr. Mullins exhibited deliberate indifference to your serious medical or dental needs.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

72(A).  On March 18, 2004, you asked to have a news clipping from your personal property so your attorney could prepare your case.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page __.

_____

_____

_____

_____

(B).  In response, you were told you had to come up and they would do a property release.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page --.

_____

_____

_____

_____

73. On May 1, 2004, you submitted a request.  You stated your attorney Jeffrey Kearney on April 29, 2004, dropped off some legal mail for you to Sgt. Clifford.  You indicate you were told you could not have it until the Captain okayed it.  It had been three days and you stated you did not know why you had not received the mail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page 58.

_____

_____

_____

_____

74.   In response, Captain Petray indicated your attorney had dropped off a copy of the BCDC policy book.  Captain Petray stated the policy book had been placed in your property where it would remain until you left the jail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page

58.

_____

_____

_____

_____

75.   Is the legal mail you were referring to a copy of the BCDC policies?

Answer:  Yes _____ No _____.

If you answered yes, please state how you believe this constituted "legal mail."

_____

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state what "legal mail" your attorney dropped off for you.

_____

_____

_____

_____

_____

_____

_____

_____

76.  On May 2, 2004, you submitted a second request asking why you had not
received the documents your attorney dropped off for you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page
59.

_____

_____

_____

_____

77.  In response, Captain Petray stated your attorney had dropped off a copy of the
BCDC policy and it had been placed in your property.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 2 at page
59.

_____

_____

_____

_____

78.  At the ADC, you did not complain of bleeding gums.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 4 at page 4.

_____

_____

_____

_____

79.  At the BCDC, you were allowed to send and receive personal mail.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

80.  You received mail from your father and other friends and relatives while at the

BCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

81.  Although you submitted numerous grievance about a number of topics while you

were at the BCDC *see defendants' exhibits 2, 3, and 3(b)*, you did not submit any grievance

about not receiving mail from your Father.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please attach a copy of the grievance to this response.

_____

_____

_____

_____

82.  You allege you were denied religious correspondence material and certain materials left at the detention center by your pastor.

(A).  Were you allowed to have any religious materials?

Answer:  Yes _____ No _____.

If you answered yes, please state what materials you were allowed to have.

_____

_____

_____

_____

If you answered no, please state whether you had access to a Bible or other religious materials.

_____

_____

_____

_____

_____

_____

_____

_____

    (B). You were allowed to worship and follow the dictates of your faith.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain. In explaining, be specific.

_____

_____

_____

_____

    (C). Were inmates allowed to have religious materials other than a Bible or similar book?

    Answer: Yes _____ No _____.

    If you answered yes, please state what type of materials were allowed.

_____

_____

_____

_____

    (D). You did not submit a grievance about not receiving religious correspondence material or material the pastor left for you.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain. In explaining, please attach a copy of the grievance to this response.

_____

_____

_____

_____

(E).  Was your pastor able to visit with, or minister, to you?

Answer:  Yes _____ No _____.

If you answered no, please state whether you attended any type of church services.

_____

_____

_____

_____

83.  Please state in detail how you believe Sheriff Ferguson violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     84.  Please state in detail how you believe Captain Hunter Petray violated your federal

constitutional rights.

     Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     85.  Please state in detail how you believe Sgt. Clifford violated your federal

constitutional rights.

     Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

     86.  Please state in detail how you believe Fabian Rutherford violated your federal

constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

87.  Please state in detail how you believe James Crabtree violated your federal constitutional rights.

Answer:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

        Detail below any further response you would like to make to defendants' summary

judgment motion.  If you have any exhibits you would like the court to consider, you may

attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS

TRUE AND CORRECT.

EXECUTED ON THIS _____ DAY OF _____ 2006.


_____
DERIL NASH